# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

JOE MARTINEZ, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.                                                                                                  Case No. 3:23-cv-00629-SLS

PARTNERSHIP SCREENING
INTERNATIONAL, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff Joe Martinez and Defendant Partnership Screening International, Inc., by their respective counsel, hereby jointly notify the Court that they have resolved all disputes between them in this action. The parties will submit a notice of voluntary dismissal with prejudice within 30 days.

| | |
|---|---|
| Dated: April 19, 2024 | Respectfully submitted, |
| | By Counsel |

| | |
|---|---|
| _/s/_ | _/s/_ |
| Leonard A. Bennett, Esq., VSB No. 37523 | Charles K. Seyfarth (VSB No. 44530) |
| Craig C. Marchiando, Esq., VSB No. 89736 | Elizabeth Scott Turner (VSB No. 88056) |
| CONSUMER LITIGATION ASSOCIATES, P.C. | O'HAGAN MEYER |
| 763 J. Clyde Morris Blvd., Ste. 1-A | 411 East Franklin Street, Suite 500 |
| Newport News, VA  23601 | Richmond, Virginia 23219 |
| Telephone:    (757) 930-3660 | Telephone:    (804) 403-7137 |
| Facsimile:     (757) 930-3662 | Facsimile:     (804) 237-0250 |
| Email:  lenbennett@clalegal.com | Email: cseyfarth@ohaganmeyer.com |
| Email: craig@clalegal.com | Email: eturner@ohaganmeyer.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Partnership Screening International, Inc.* |