UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOE MARTINEZ, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:23-cv-00629-SLS |
| PARTNERSHIP SCREENING INTERNATIONAL, INC., ) ) ) ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 16, 2024                                         Respectfully submitted,

By Counsel

 /s/ Craig C. Marchiando                                    /s/ Charles K. Seyfarth
Leonard A. Bennett, Esq., VSB No. 37523         Charles K. Seyfarth (VSB No. 44530)
Craig C. Marchiando, Esq., VSB No. 89736       Elizabeth Scott Turner (VSB No. 88056)
CONSUMER LITIGATION ASSOCIATES, P.C.       O'HAGAN MEYER
763 J. Clyde Morris Blvd., Ste. 1-A                     411 East Franklin Street, Suite 500
Newport News, VA  23601                                  Richmond, Virginia 23219
Telephone:    (757) 930-3660                             Telephone:    (804) 403-7137
Facsimile:      (757) 930-3662                             Facsimile:      (804) 237-0250
Email:  lenbennett@clalegal.com                         Email: cseyfarth@ohaganmeyer.com
Email: craig@clalegal.com                                  Email: eturner@ohaganmeyer.com

*Counsel for Plaintiff*                                          *Counsel for Partnership Screening International, Inc.*