IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOE MARTINEZ, *individually and on behalf of all other similar situated*, | )<br>)<br>)<br>) |
| *Plaintiff,* | )<br>) |
| v. | ) Civil Action No. 3:23-cv-629 (SLS) |
| PARTNERSHIP SCREENING INTERNATIONAL, INC., | )<br>)<br>)<br>) |
| *Defendant.* | )<br>) |

**ORDER**
**(Acknowledging Stipulation of Dismissal With Prejudice)**

This matter comes before the Court on a Stipulation of Dismissal with prejudice filed jointly by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 24.) The Court hereby acknowledges the voluntary dismissal of this action with prejudice and DIRECTS the Clerk's Office to close the case.

The case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/ *[signature]*
Summer L. Speight
United States Magistrate Judge

Richmond, Virginia
Date: May 16, 2024

---

[1] This Rule provides that "the plaintiff may dismiss an action without a court order by filing…a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, counsel for all parties have signed the stipulation. (ECF No. 29.)